JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCMINN, INC., et al., | Case No. EDCV 12-00500 VAP (SPx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| EVANSTON INSURANCE COMPANY, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>July 16, 2012</u>

                                         VIRGINIA A. PHILLIPS
                                United States District Judge