JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCMINN, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> EVANSTON INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. EDCV 12-00500 VAP (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>July 16, 2012</u>

_/s/ Virginia A. Phillips_
VIRGINIA A. PHILLIPS
United States District Judge